FRED BOYKO, APPELLANT, v. FEDERATED METALS CORPORATION, RESPONDENT.

Submitted October 27, 1933—Decided January 5, 1934.

For the appellant, *David Roskein.*

For the respondent, *Edward J. O'Brien.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Trenchard, Parker, Lloyd, Heher, Perskie, Van Buskirk, Kays, Hetfield, Dear, Wells, Dill, JJ. 13.

*For reversal*—None.